1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 121
3  Sausalito, CA 94965
   Telephone: (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs

6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10
11 BOARD OF TRUSTEES OF THE SHEET METAL ) NO.  C 10 3651 JCS
   WORKERS, et al.,                    )
12                                     ) STIPULATION TO CONTINUE
                     Plaintiffs,       ) CASE MANAGEMENT
13                                     ) CONFERENCE
       vs.                             )
14                                     )
   JCST HVAC, etc.,                    )
15                                     )
                     Defendant.        )
16 _____)
17
18      The parties have agreed that mediation is appropriate in
19 this case and request that the Court accept the recommendation of the
20 ADR administrator and order the case to mediation.
21      IT IS STIPULATED that the Case Management Conference be
22 continued from December 3, 2010 to March 4, 2011 at 1:30 p.m. in
23 Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco,
24 California.
25 ////
26 ////
27 ////
28 ////

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE                      1

| | | |
|---|---|---|
| 1 | Date: NOV 30 2010, 2010 | ERSKINE & TULLEY<br>A PROFESSIONAL CORPORATION |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Michael J. Carroll<br>Attorneys for Plaintiffs |
| 5 | Date: Nov. 30, 2010 | BRODERICK LAW FIRM |
| 6 | | |
| 7 | | By: _____<br>Timothy B. Broderick<br>Attorneys for Defendant |
| 8 | ORDER | |
| 9 | IT IS TO ORDERED | |
| 10 | | Magistrate Judge Joseph C. Spero |
| 11 | Dated: Dec. 1, 2010 | |

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Signature of Judge Joseph C. Spero]*

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE                2