UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JOST HVAC,<br><br>Defendant. | Case No: C 10-3651 SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court having been notified of the settlement of this action (Dkt. 24), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED subject to the terms of the parties' Stipulation for Judgment (Dkt. 22). In the event of Defendant's default under the Stipulation for Judgment, Plaintiffs may move to reopen the case and trial will be scheduled. All scheduled dates are VACATED. The Clerk shall terminate any pending matters.

IT IS SO ORDERED.

Dated: April 8, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge